# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID L. FRANER,

    Plaintiff,

v.                                                    CASE NO.  4:04cv342-RH/WCS

PRUDENTIAL FINANCIAL, INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

    The parties have filed notice that this matter has been settled. (Document 30.)  Accordingly,

    IT IS ORDERED:

    1.  The parties shall abide by their settlement agreement.

    2.  All claims other than for enforcement of the settlement agreement are hereby voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

    3.  Jurisdiction is retained for enforcement of the order requiring compliance with the settlement agreement.

    4.  The clerk shall enter judgment stating, "The parties are ordered to abide

by their settlement agreement. The court reserves jurisdiction to enforce the order to abide by the settlement agreement. All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41." The clerk shall close the file.

     5. Any party that objects to the terms of this order or the judgment to be entered pursuant hereto may file a timely motion to alter or amend in accordance with Federal Rule of Civil Procedure 59(e).

     SO ORDERED this 10th day of May, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge